# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK W. BOYKIN,<br><br>    Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:16-cv-00853-SMS<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. 2) |

On June 18, 2016, Plaintiff Frederick W. Boykin, by his counsel, Denise Bourgeois Haley, submitted an application to proceed *in forma pauperis*.[1] Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

Accordingly, the Court GRANTS Plaintiff's motion to proceed *in forma pauperis*. The Clerk of Court is directed to issue the summons and new case documents. The United States Marshal is directed to serve a copy of the complaint, summons, and this order upon the defendant if requested by the plaintiff.

IT IS SO ORDERED.

    Dated:   **June 21, 2016**            **/s/ Sandra M. Snyder**
                                      UNITED STATES MAGISTRATE JUDGE

---

[1] Counsel is reminded that an IFP application submitted to the Court should be complete in its entirety to the extent possible. E.g., question number 2 asks the applicant for the amount of take-home salary or wages, in addition to the date and location of his last employer. Complete information is essential in the Court's determination of whether Plaintiff is sufficiently impoverished to justify proceeding without paying the filing fee for his lawsuit.