Denise Bourgeois Haley
Attorney at Law: 143709
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
FREDRICK W. BOYKIN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDRICK W. BOYKIN ) | Case No.: 1:16-cv-00853-GSA |
| Plaintiff, ) | |
| v. ) | STIPULATION TO EXTEND TIME TO FILE OPENING BRIEF |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security. ) | (FIRST REQUEST) |
| Defendant. ) | |

    Plaintiff Fredrick W. Boykin and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 28 days from February 8, 2017 to March 10, 2017 for Plaintiff to file a Opening Brief , with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the

1 issues presented.  Counsel's firm lost the services of an attorney in June 2016 and
2 both replacements have not worked out; hence, that attorney's case load is being
3 handled by other attorneys in the office in addition to their own case loads.
4 Counsel has several motions in addition to hearings which necessitates this request
5 for extension.  Counsel requests this extension in good faith.

6 DATE: February 8, 2017          Respectfully submitted,

7                                 LAWRENCE D. ROHLFING

8                                      /s/ *Denise Bourgeois Haley*
                                 BY: _____
9                                    Denise Bourgeois Haley
                                     Attorney for plaintiff Mr. Fredrick W. Boykin
10

11
    DATE:  February 8, 2017
12                                   PHILLIP A. TALBET
13                                   *United States Attorney*

14
                                      /s/ *Daniel P. Talbert*
15                               BY: _____
                                     Daniel P. Talbert
16                                   Special Assistant United States Attorney
                                     Attorneys for defendant Nancy A. Berryhill
17                                   |*authorized by e-mail|

18
    ///
19  ///
20  ///
    ///
21  ///
22  ///
23  ///
24  ///
25
26

-2-

# ORDER

Pursuant to the parties' stipulation, Plaintiff shall file the Opening brief no later than **March 10, 2017**. All other dates in the Court's scheduling order shall be modified accordingly.

IT IS SO ORDERED.

Dated:   **February 13, 2017**              **/s/ Gary S. Austin**
                                  UNITED STATES MAGISTRATE JUDGE