Denise Bourgeois Haley
Attorney at Law: 143709
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Fredrick W. Boykin

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FREDRICK W. BOYKIN,<br><br>        Plaintiff,<br><br>    vs.<br><br>NANCY A. BERRYHILL, Acting<br>Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:16-cv-00853-GSA<br><br>STIPULATION AND ORDER FOR<br>THE AWARD AND PAYMENT OF<br>ATTORNEY FEES AND EXPENSES<br>PURSUANT TO THE EQUAL<br>ACCESS TO JUSTICE ACT, 28 U.S.C.<br>§ 2412(d) AND COSTS PURSUANT<br>TO 28 U.S.C. § 1920 |

TO THE HONORABLE GARY S. AUSTIN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, subject to the approval of the Court, that Fredrick W. Boykin be awarded attorney fees in the amount of One Thousand Five Hundred dollars ($1,500.00) and expenses in the amount of Twenty Five dollars ($25.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Fredrick W. Boykin, the government will consider the matter of Fredrick W. Boykin's assignment of EAJA fees to Denise Bourgeois Haley. The retainer agreement containing the assignment is attached as exhibit 1. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Fredrick W. Boykin, but if the Department of the Treasury determines that Fredrick W. Boykin does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Law Offices of Lawrence D. Rohlfing, pursuant to the assignment executed by Fredrick W. Boykin.[1] Any payments made shall be delivered to Denise Bourgeois Haley.

This stipulation constitutes a compromise settlement of Fredrick W. Boykin's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Fredrick W. Boykin and/or Denise Bourgeois Haley including Law Offices of Lawrence D. Rohlfing may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Denise Bourgeois Haley and/or the Law Offices of Lawrence D. Rohlfing to seek Social Security Act

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: July 27, 2017          Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Denise Bourgeois Haley*

BY:_____

Denise Bourgeois Haley
Attorney for plaintiff Fredrick W. Boykin

DATED: July 27, 2017       PHILLIP A. TALBERT
United States Attorney

/s/ *Daniel P. Talbert*

_____

DANIEL P. TALBERT
Special Assistant United States Attorney
Attorneys for Defendant NANCY A.
BERRYHILL, Acting Commissioner of Social
Security (Per e-mail authorization)

///
///
///
///
///
///
///
///
///
///
///
///

-3-

# ORDER

Pursuant to the stipulation of the parties (Doc. 23), Plaintiff shall be awarded attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of ONE THOUSAND FIVE HUNDRED dollars and ZERO cents ($1,500.00) and expenses in the amount of TWENTY-FIVE dollars and ZERO cents ($25.00).  Payment shall be made pursuant to *Astrue v. Ratcliff*, 130 S. Ct. 2521 (2010) in accordance with the terms of the stipulation outlined above.

IT IS SO ORDERED.

Dated:   **August 6, 2017**                                    **/s/ Gary S. Austin**
                                                            UNITED STATES MAGISTRATE JUDGE